

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00077-CV

_____

EVELYN MITCHUM AND ALL OTHER OCCUPANTS OF
7144 CANYON RIDGE DRIVE, DALLAS, TEXAS 75227, Appellants

V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court No. CC-13-03197-E

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Evelyn Mitchum filed her notice of appeal in this Dallas County[1] forcible detainer action June 11, 2013. The record was due September 11, 2013. After this Court ordered that it be filed, the clerk's record in this matter was filed October 1, 2013.

When no reporter's record was timely filed, we contacted the court reporter, who informed us that there had been no request for preparation of the reporter's record. We then sent Mitchum a letter October 2, reminding her that, even though she was entitled to a free reporter's record, it was still her responsibility to request that one be prepared. We gave her ten days to take action and warned her that, if we did not receive information within ten days showing that she had taken some action in this matter, the case could be subject to dismissal for failure to prosecute the appeal.

On October 11, we received a brief letter from Mitchum. The letter was not responsive to our request but stated instead that Mitchum had "requested complete & accurate recovery concerning [her] case against Wells Fargo Mortgage."

---

[1]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

After the latest time period expired, our clerk's office again contacted the court reporter and was informed that Mitchum had not yet contacted her. We have received no reporter's record and no communication from Mitchum responsive to our October 2 correspondence. Pursuant to Rule 42.3(b), (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3 (b), (c).


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 22, 2013
Date Decided:       October 23, 2013

3